IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CALLIS COMMUNICATIONS, INC., : | |
|    Plaintiff/Counterclaim Defendant, : | |
| : | |
| v. : | CIVIL ACTION 16-00627-KD-N |
| : | |
| HASCO MEDICAL, INC., : | |
|    Defendant/Counterclaim Plaintiff. : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 5, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff/Counterclaim Defendant Callis Communication, Inc.'s motion to dismiss (Doc. 21) is **DENIED**.

**DONE** and **ORDERED** this the **30th** day of **May 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**